UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| CLAUDE D. ISAAC,<br><br>    Petitioner,<br><br>V.<br><br>J. DAVID GREEN,<br><br>    Respondent. | CIVIL ACTION NO. 7:19-62-KKC<br><br><br><br>**JUDGMENT** |

In accordance with the opinion entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1) The magistrate judge's recommended disposition (DE 16) is ADOPTED by the Court;

2) Isaac's objections (DE 18) to the recommendation are overruled;

3) the petition for a writ of habeas corpus (DE 1) is DENIED, and judgment is entered in favor of respondent;

4) the Court will not issue a certificate of appealability, Isaac having failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2);

5) this action is STRICKEN from the Court's active docket; and

6) this Judgment is FINAL and APPEALABLE.

Dated August 16, 2021



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY